IN THE COURT OF
CRIMINAL APPEALS

                                   OF
TEXAS

 

                                                                              

                                                               NO.
PD-1932-04



 

 

                                          KEITH LASHONE HOGANS, Appellant

 

                                                                             v.

 

                                                        THE
STATE OF TEXAS

 



                   ON APPELLANT=S
PETITION FOR DISCRETIONARY REVIEW

                               FROM
THE FOURTEENTH COURT OF APPEALS

                                                             HARRIS COUNTY



 

Meyers,
J., filed a dissenting opinion.

 

Even though the ineffective
assistance of counsel claim related to events occurring at the adjudication
hearing, I would hold that the court of appeals has jurisdiction to determine
the appellant=s claim since the error affected punishment.  Therefore, I respectfully
dissent. 

Meyers, J.

Filed: November 9, 2005

Publish